motion for stay of the court of appeals' mandate,

IT IS ORDERED by the court that the motion for stay of the court of appeals' mandate be, and hereby is, denied, effective September 2, 1997.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

# MERIT DOCKET

**97–424. State ex rel. Williams v. Brigano.**
Warren App. No. CA96–10–108. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–499. State ex rel. Tranor Co., Ltd. v. Moreland Hills.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.
PFEIFER, J., dissents and would grant the writ.

**97–943. State ex rel. Bradford v. Janas.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1007. State ex rel. Wilson v. Gaul.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1032. State ex rel. Fatherly v. O'Neill.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1068. State ex rel. Taylor v. Court of Common Pleas of Summit Cty.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1076. State ex rel. Watson v. Spicer.**
In Mandamus and Procedendo. On motion to dismiss of Willard F. Spicer. Motion to dismiss sustained. Cause dismissed.
On objection to joinder of Maureen O'Connor. Objection sustained.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1085. Naething v. Court of Appeals, Richland Cty.**
In Procedendo. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1086. Hoover v. Court of Common Pleas of Ashland Cty.**
In Procedendo. On motion for default judgment. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
F.E. SWEENEY, J., dissents and would grant an alternative writ.

**97–1171. Wyler v. Wyler.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1172. Wyler v. Wyler.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.